# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MARK FALK**<br>**UNITED STATES MAGISTRATE JUDGE** | **USPO & COURTHOUSE**<br>**1 FEDERAL SQ., ROOM 457**<br>**NEWARK, NJ 07101**<br>**(973) 645-3110** |

April 29, 2016

**COUNSEL OF RECORD**

    Re:    **NXIVM Corporation, et al. v. Ross Institue, et al.**
                **Civil Action No. 06-1051 (KSH)**

               **NXIVM Corporation v. Rick Ross, et al.**
               **Civil Action No. 11-6288 (KSH)**

Dear Counsel,

       The Court is in receipt of correspondence regarding a possible hearing in these matters at 1:30 p.m. on Tuesday, May 3, 2016.

       After further consideration, the Court has decided not to convene a hearing at this time prior to briefing on the summary judgment motions, which are to be filed by May 2, 2016. The Court has repeatedly advised counsel that the filing date would not be adjourned.

       In addition, at the conference held on April 20, 2016, the Court advised that it was not inclined to address the issue of Mr. Crockett's potential *pro hac vice* admission prior to dispositive motions. Mr. Crockett is not presently counsel of record nor *pro hac vice* counsel to any party in these cases.

       The Court assumes that counsel will conduct themselves in accordance with the Rules of Professional Conduct.

                                                    Sincerely,

                                                    /s/   Mark Falk
                                                  **Mark Falk**
                                                  **U.S. Magistrate Judge**